**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| COLLETTE PHELPS | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Case No. 4:13-CV-00753 |
| | § | |
| RACETRAC PETROLEUM, INC. and | § | |
| STEPHANIE BRINKLEY | § | |
| | § | |
| Defendant | § | |

## STIPULATION OF DISMISSAL

It is hereby stipulated by and between the parties to this action through their designated counsel that all claims and matters in controversy in the above-captioned cause have been fully and finally resolved and settled; it is further stipulated that the above-captioned cause be and hereby is dismissed with prejudice to refiling pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Respectfully submitted,

**MODJARRAD & ABUSAAD LAW FIRM**

BY:     /s/ JULIE WOLF
Julie Wolf
State Bar No. 24051542
100 N. Central Expressway, Suite 1000
Richardson, Texas  75080
Telephone: (972) 789-1664
Facsimile:   (972) 789-1665

**ATTORNEYS FOR PLAINTIFF**

**STIPULATION OF DISMISSAL** -                                                    **PAGE 1**

**BISHOP & HUMMERT**
A Professional Corporation


BY:    /s/ IGNACIO BARBERO
       Michael A. Hummert
       Lead Attorney
       State Bar No. 10272000
       mhummert@bishophummert.com
       Ignacio Barbero
       State Bar No. 00796162
       ibarbero@bishophummert.com
       5910 North Central Expressway, Suite 1600
       Dallas, Texas  75206
       Telephone:  (214) 987-8181
       Facsimile:   (214) 987-8180

**ATTORNEYS FOR DEFENDANTS**


**CERTIFICATE OF SERVICE**

On the 30th day of November, 2015, I electronically submitted the foregoing document with the clerk of court of the U.S. District Court, Eastern District of Texas, using the electronic case files system of the court.  I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).


       /s/ IGNACIO BARBERO
       **IGNACIO BARBERO**


**STIPULATION OF DISMISSAL** -                        **PAGE 2**