IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| COLLETTE PHELPS | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CASE NO. 4:13-CV-00753 |
| | § | |
| RACETRAC PETROLEUM, INC. and | § | |
| STEPHANIE BRINKLEY | § | |
| | § | |
| Defendant | § | |

## AGREED ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal filed by the parties in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure (Dkt. 69), the court finds that all matters in controversy have been fully and finally resolved and settled, that the settlement does not constitute an admission of liability on the part of the Defendants, and that the above-entitled and numbered action should be dismissed with prejudice to refiling in any form, with court costs taxed against the party incurring same. It is, therefore, **ORDERED, ADJUDGED and DECREED** that the above-entitled and numbered cause be, and hereby is, dismissed with prejudice to refiling in any form. Court costs are hereby taxed against the party incurring same.

All other requested relief not expressly granted herein is denied.

So **ORDERED** and **SIGNED** this 7 day of **December, 2015.**

_____
Ron Clark, United States District Judge

**AGREED ORDER OF DISMISSAL** -                         **PAGE 1**